# United States District Court
## For The Western District of North Carolina
### Asheville Division

Jeffrey Dale Gosnell,

       Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                  1:03cv108

Hugh Doug Mitchell,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 9, 2006 Order.

FRANK G. JOHNS, CLERK

February 10, 2006

                         s/Joan Gosnell

BY: _____

                     Joan Gosnell, Deputy Clerk